IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CROW HOLDINGS, L.P.,**                                                                 **PLAINTIFF**
a Delaware limited partnership

        v.                              No. 4:21-CV-363 BSM

**CROW GROUP, INC.,**                                                                    **DEFENDANT**
an Arkansas corporation

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and to the trademark assignment agreement among all parties to this case, all parties stipulate that the plaintiff dismisses this action with prejudice, that the action is so dismissed, and that each party shall bear its own attorneys' fees, expenses, and costs. This stipulation is signed on behalf of all parties who have appeared in this action.

DATED: March 15, 2022.

| | |
|---|---|
| LOCKE LORD LLP<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201-6776<br>(214) 740-8000 | RASHAUNA NORMENT LAW FIRM, PLLC<br>P.O. Box 30309<br>Little Rock, AR 72260<br>(501) 319-7875 |
| Charles E. Phipps (*pro hac vice*)<br>Texas Bar No. 00794457<br>cphipps@lockelord.com | /s/ Rashauna Norment_____<br>Rashauna Norment<br>Ark. Bar No. 2008156<br>rashauna@normentlawfirm.com |
| Robert E. Nail (*pro hac vice*)<br>Texas Bar No. 24025556<br>RNail@lockelord.com | *Attorney for Defendant,*<br>*Crow Group, Inc.* |
| A. Tucker Davison (*pro hac vice*)<br>Texas Bar No. 24120794<br>tucker.davison@lockelord.com | |

-and-

SHULTS LAW FIRM LLP
200 West Capitol Avenue, Suite 1600
Little Rock, AR 72201-3621
(501) 375-2301

/s/ Steven Shults
Steven Shults
Ark. Bar No. 78139
sshults@shultslaw.com

Peter Shults
Ark. Bar No. 2019021
pshults@shultslaw.com

*Attorneys for Plaintiff,*
*Crow Holdings, L.P.*