IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CROW HOLDINGS, L.P.,**

                                                      **PLAINTIFF**

v.                Case No. 4:21-CV-00363-BSM

**CROW GROUP, INC.,**                               **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE